# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Donald Sneath, | FILED ELECTRONICALLY |
| Plaintiff | |
| v. | |
| Northstar Location Services, LLC, | |
| Defendant | |

## COMPLAINT

### I. Introduction

1. This is an action for damages brought by an individual consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("the Act") which prohibits debt collectors from engaging in abusive, unfair, and deceptive practices.

### II. Jurisdiction and Venue

2. Jurisdiction of this Court is proper pursuant to 15 U.S.C. § 1692k(d), which permits an action under the Act to be brought in any court of competent jurisdiction.

3. Venue in this district is proper in that Defendant transacts business here and the conduct complained of is alleged to have occurred here.

### III. Parties

4. Plaintiff, Donald Sneath, is a natural person residing at 62 Pleasant View Drive, Pleasant Mount, PA 18453.

5. Defendant, Northstar Location Services, LLC, ("the Collector") is a limited liability corporation engaged in the business of collecting debts in this state with a place of business located at 4285 Genesee Street, Cheektowaga, NY 14225 and is a "debt collector" as defined by the Act, 15 U.S.C. § 1692a(6).

### IV. Statement of Claim

6. On or after January 5, 2010, the Collector was attempting to collect an alleged account ("the Account") from Plaintiff.

7. The Account is a "debt" as that term is defined by the Act, 15 U.S.C. § 1692a(5).

8. The collector regularly uses the telephone and mails to attempt to collect consumer debts alleged to be due another.

9. Between January 5, 2010 and April 14, 2010 the Collector caused at least three telephone calls ("*the Calls*") to be placed to Plaintiff.

10. During each of *the Calls*, the Collector left a message ("*the Messages*") for Plaintiff.

11.     15 U.S.C. § 1692e(11) requires a debt collector to disclose that the communication is from a debt collector in each communication with a consumer.

12.     In two of *the Messages,* the Collector failed to disclose that the call was from a debt collector.

13.     *The Calls* and *the Messages* were attempts to collect the Account.

14.     Defendant violated the Act , 15 U.S.C. § 1692, subsection e(11).

WHEREFORE, Plaintiff demands judgment against Defendant for damages, costs, attorney's fees, and such other and further relief as the Court deems just and proper.

## V. Demand for Jury Trial

Plaintiff demands a trial by jury as to all issues so triable.

Respectfully Submitted,

s/ Kenneth W. Pennington  
Kenneth W. Pennington  
Bar Number PA 68353  
Attorney for Plaintiff  
Sabatini Law Firm, LLC  
216 N. Blakely St.  
Dunmore, PA  18512  
Phone (570) 341-9000  
Facsimile (570) 504-2769  
Email kpecf@bankruptcypa.com