IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Donald Sneath,<br>Plaintiff<br><br>v.<br><br>Northstar Location Services, LLC,<br>Defendant | Docket 3:10-cv-1707-RPC<br><br>(JUDGE RICHARD P. CONABOY)<br><br><br>FILED ELECTRONICALLY |

### ORDER

This action is hereby dismissed with prejudice and without cost to either party.

Date: 10·14·10

Richard P. Conaboy
United States District Judge

FILED
SCRANTON

OCT 14 2010

PER _____
DEPUTY CLERK